UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dennis M. Wolfel, *et al.*,

    Plaintiffs,

v.

Director Terry J. Collins,
*et al.*,

    Defendants.

Case No. 2:07-cv-1296

Judge Michael H. Watson
Magistrate Judge King

### ORDER

On May 9, 2011, the United States Magistrate Judge recommended that defendants' motion for summary judgment, Doc. No. 98, be granted and that plaintiffs' motion for partial summary judgment, Doc. No 23, be denied. *Report and Recommendation,* Doc. No. 103. Although the parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so, *id.,* there has been no objection. *See Report and Recommendation* 8–9, ECF No. 103.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. *Defendants' First Motion for Summary Judgment*, Doc. No. 98, is **GRANTED**. *Plaintiffs' Motion for Partial Summary Judgment*, Doc. No. 23, is **DENIED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**